**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION.**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **vs.** | )    **No. 23-10034-002** |
| | ) |
| **MELINDA RACHELLE STEPHENS,** | ) |
| | ) |
| **Defendant.** | ) |

---

**POSITION REGARDING CONTENTS OF PRESENTENCE REPORT**

---

Comes now the Defendant, **MELINDA RACHELLE STEPHENS**, [hereinafter Defendant], by and through her counsel of record Jennifer D. Free, [hereinafter counsel], and who for her Position Regarding Contents of the Presentence Report, [hereinafter PSR], filed in this cause would respectfully stated and show:

1. That counsel communicated with United States Probation Officer Brianna McGill regarding typographical errors contained within the PSR.

2. That based upon the aforementioned conversation, counsel is satisfied that they will be corrected.

3. That neither counsel nor Defendant are aware of any objections to the Report.

4. That counsel anticipates the sentencing hearing not to exceed one hour.

Respectfully submitted,

s/Jennifer D. Free
Attorney at Law
Tenn. B.P.R. No. 027778
P.O. Box 2764
Jackson, TN 38302-2764
(731) 424-7188 office
(731) 424-3855 fax
jfree@byrdslaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is the attorney for the Defendant and has served a true copy of the foregoing by electronic means to Mr. Josh Morrow, Assistant United States Attorney, this 25th day of September, 2024.

s/Jennifer D. Free